AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 29 PM 3: 16

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

723 N 41st Ave, Omaha, NE; white three car garage at 3206 Leavenworth Street, Omaha, NE; 2005 Black Honda Accord; 1995 Ford F-150; 2001 BMW X5

Case No. 8:14 MJ 199

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Nebraska___
*(identify the person or describe the property to be searched and give its location)*:

723 N 41st Ave, Omaha, Nebraska; white three car garage at 3206 Leavenworth Street, Omaha, Nebraska; 2005 Black Honda Accord, Nebraska Reg. TKL 323; 1995 Ford F-150, Nebraska Reg. TLI 250; 2001 BMW X5, Nebraska Reg. TPE 695
Premises further identified in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __September 5, 2014__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Thomas D. Thalken__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/29/14 @ 12:10 AM

*Judge's signature*

City and state:   Omaha, Nebraska      Magistrate Judge Thomas D. Thalken
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 8/29/14 1245 a.m. | Copy of warrant and inventory left with: Gabriel Quezada |

Inventory made in the presence of: SA Andrew Stewart

Inventory of the property taken and name of any person(s) seized:

See Attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/29/14

_Executing officer's signature_

Doug Reu / SA / HSI
_Printed name and title_

# IMMIGRATION AND CUSTOMS ENFORCEMENT – INVESTIGATIONS

## EVIDENCE INVENTORY AND RECEIPT

| Copy Distribution | |
|---|---|
| White | Case File |
| Canary | Subject |
| Pink | SP File |

PAGE 1 OF 1

Case Number: 0513CR14-05-0006
Date/Time Search Initiated: 1245 AM 8/29/14
Date/Time Search Terminated: 0130 AM
Subject(s) Name: Freddy Aguilar Portillo
Address of Seizure: 723 41st Ave Omaha, NE

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 1 | Misc. Docs | Vincik | Dining Room |
| 2 | Misc. Docs | Vincik | Dining Room Closet |
| 3 | Misc. Doc | Reisz | Upstairs Bedroom |
| 4 | Wrapping Material | Vincik | Dining Room Closet |
| 5 | Appx 12 lbs White Substance | Liebe/Pignotti | Garage |

Nothing Further

By _____(Agent's Signature)_____   Received By _____

Date 8/29/14   Time _____   Date _____   Time _____